No. 72–1168. UNITED STATES *v.* MAZE. C. A. 6th Cir. [Certiorari granted, 411 U. S. 963.] Motion of respond-

ent for appointment of counsel granted. It is ordered that William T. Warner, Esquire, of Louisville, Kentucky, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.